BEFORE THE THIRD DIVISION, MAY 12, 1948

**No. 52321.**—G. R. Kirk Co. v. United States, petition 6532–R (St. Albans).

Opinion by CLINE, J.   The petition was dismissed.

**No. 52322.**—S. S. Kresge Co. v. United States, petitions 6535–R and 6542–R (Baltimore).

Opinion by CLINE, J.   The petitions were dismissed.

BEFORE THE FIRST DIVISION, MAY 14, 1948

**No. 52323.**—Saji Trading Co., Ltd. v. United States, protests 75477–K, etc. (Los Angeles).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the merchandise consists of small figures similar in all material respects to those the subject of *United States* v. *Okuda* (23 C. C. P. A. 46, T. D. 47713) and Abstract 47064 the claim at 35 percent under paragraph 205 (e) was sustained.

**No. 52324.**—Far East Co. et al. v. United States, protests 87095–K, etc. (San Francisco).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the articles the subject of *Rolls Razor, Inc.* v. *United States* (6 Cust. Ct. 271, C. D. 480) and Abstract 51306 the claim at 20 percent under paragraph 1558 was sustained. Kumquats stipulated to be the same as those involved in *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342) were held properly dutiable at 1 cent per pound under paragraph 743 as oranges.

**No. 52325.**—K. Sakai Co. v. United States, protest 65866–K (San Francisco).

Opinion by COLE, J.   In accordance with stipulation of counsel that the merchandise consists of dried, unsalted fish the same in all material respects as that passed upon in Abstract 50242 the claim at 1¼ cents per pound under paragraph 717 (c) was sustained.